UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN SCOTT JOHNSON,

     Plaintiff,

                                        Case No. 25-cv-12213
v.                                   Hon. Matthew F. Leitman

COLLINS, *et al.*,

     Defendants.

_____/

**ORDER (1) ADOPTING THE RECOMMENDATION OF THE MAGISTRATE JUDGE TO DISMISS CASE FOR FAILURE TO PROSECUTE (ECF No. 24) AND (2) TERMINATING AS MOOT REPORT AND RECOMMENDATION TO DISMISS DEFENDANT JANE DOE (ECF No. 16) AND DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF No. 19)**

In this prisoner civil-rights action, Plaintiff Brian Scott Johnson alleges that Defendants, who are employees of the Michigan Department of Corrections, violated his constitutional rights while he was incarcerated at the Saginaw Correctional Facility in Freeland, Michigan. (*See* Compl., ECF No. 1.)

On January 23, 2026, the three named Defendants in this case moved for summary judgment on Johnson's claims. (*See* Mot., ECF No. 19.) The assigned Magistrate Judge mailed Johnson an order directing him to respond to the motion for summary judgment, but that order was returned as undeliverable. (*See* Order, ECF No. 20; Text Dkt Entry dated 02/25/2026, ECF No. 21.) The Magistrate Judge then issued an order directing Johnson to show cause as to why his lawsuit should not be dismissed

1

for failure to prosecute, explaining that when Johnson filed his lawsuit in July 2025, he was given notice of his responsibility to notify the Court of address changes. (*See* Order, ECF No. 22.)  That order was also returned as undeliverable. (*See* Text Dkt Entry dated 03/19/2026, ECF No. 23.)

On April 9, 2026, the assigned Magistrate Judge issued a Report and Recommendation (the "R&R") in which he recommended that the Court dismiss this action for failure to prosecute. (*See* R&R, ECF No. 24, PageID.108-109.)  The copy of the R&R mailed to Johnson was returned as undeliverable. (*See* Text Dkt Entry dated 04/21/2026.)  For the reasons explained by the Magistrate Judge, the Court **ADOPTS** the recommended disposition of the R&R (ECF No. 24) and **DISMISSES** this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  The dismissal is **WITHOUT PREJUDICE**.  Johnson may re-file his case when he provides the Court with an updated address through which the Court can communicate with him.

Accordingly, the Court **TERMINATES AS MOOT** Defendants' pending Motion for Summary Judgment (ECF No. 19) and the Magistrate Judge's pending Report and Recommendation to Dismiss Defendant Jane Doe (ECF No. 16).

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 11, 2026

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 11, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

3